**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case: 1:26-mj-00087 |
| | ) | Assigned To: Judge Faruqui, Zia M. |
| **v.** | ) | Assign. Date: 5/15/2026 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| **JOQUAN KNIGHT** | ) | |
| | ) | |
| | ) | **UNDER SEAL** |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint charging Joquan KNIGHT with transportation and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (a)(4)(B).  Specifically, inside of the District of Columbia, on or about July 13, 2025, KNIGHT knowingly transported material involving the sexual exploitation of minors via the social media application Dropbox while in the District of Columbia.

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4.      I am currently a Senior Police Officer (SPO) with the Metropolitan Police Department (MPD) / FBI Child Exploitation and Human Trafficking Task Force (CEHTTF). My tenure with the MPD spans over 30 years, and I have been conducting criminal investigations in this capacity for more than 20 years. I am responsible for investigating federal Child Exploitation offenses to include the advertisement of child pornography and attempt sexual exploitation of children. As a task force member, I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with more experienced detectives and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2252(a)(1) and (a)(4)(B) (the "Target Offenses") have been committed by Joquan KNIGHT

**PROBABLE CAUSE**

1.      United States law, Title 18 United States Code Section 2258A, requires Electronic Service Providers (ESPs), such as Google LLC, and Internet Service Providers (ISPs), to report any instances that violate federal laws regarding the sexual exploitation of children. This law identifies the National Center for Missing and Exploited Children (NCMEC) as the central repository for these reports. The ESPs generate "CyberTipline" (CT) reports where a suspected violation of federal child exploitation laws has occurred, which are subsequently reviewed by NCMEC analysts who forward this information to law enforcement when they are able to determine the identity and/or location of the target subject.

2.      In September 2025, an employee at Google, LLC discovered multiple files depicting suspected child pornography stored in the Google Photos infrastructure of account azrealmorningstar.am@gmail.com (the Account). Google (hereinafter "PROVIDER") provided the phone number associated with the Account as well as several IP addresses utilized by the Account to login and upload. Opensource data showed the associated IP address resolved to the Washington, D.C. area. NCMEC created CT Reports 219867072, 215980608, 204168193, 204168218, 209911886, and 220191828 and forwarded them to the Northern Virginia Regional (NoVA) Internet Crimes Against Children (ICAC) task force for distribution. NoVA ICAC then forwarded the information to members of the Metropolitan Police Department of the District of Columbia (MPDC) ICAC task force for investigation.

3.      In cyber tip, 219867072 there were total of approximately 6 reported files in the CT report from PROVIDER.   The information in the CT reports indicated that PROVIDER had viewed 3 of the files concurrently to or immediately preceding submitting the reports to NCMEC, and indicated that PROVIDER had viewed three of the files concurrently to or immediately preceding CT report submission by stating that, "*A person at Google viewed the file to the extent necessary to confirm that it contained apparent child pornography concurrently to or*

*immediately preceding the sending of the CyberTip."* Of these 6 files, three were categorized as depicting a prepubescent minor engaged in a sex act.

4.      In January 2014, a categorization system was created by various ESPs for content apparently depicting child pornography. In this instance, PROVIDER had reviewed[1] and categorized thirteen (13) files as "B1", which is described as a Pubescent Minor engaging in a "Sex Act." This is defined in the CT report as "Any imagery depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between a person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value." PROVIDER also categorized five files as "A1", which is described as a Prepubescent Minor engaging in a "Sex Act" (see definition above). PROVIDER also tagged eight files as "Anime/Drawing/Virtual/Hentai."

5.      Additionally, NCMEC had classified[2] eight of the reported files as "Apparent Child Pornography," three of the reported files as "CP (Unconfirmed)," and seven as "Anime."

6.      On or about October 7, 2025, your affiant reviewed the reported files that had been viewed by PROVIDER either concurrently to or immediately preceding the submission of the CT report (219867072). A description of some of the files is as follows:

7.      **remote37ade32d67ce5ee7.mov:** a video, approximately four minutes and 29 seconds in length, depicting a prepubescent female and male child. The children are engaged in sexual acts with each other to include oral copulation.

---

[1] In reference to PROVIDER reviewing the files, they provided the following explanation: With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the entire contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography. In some instances, Google will not provide an answer to this question but will provide a description in the "additional information" field to explain the review conducted by a person at Google concurrently to or immediately preceding the sending of the CyberTip.

[2] NCMEC Classification is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files.

8.      6d0741e6a70aba7285ee2d94287aee74-**8874594997914189013.mp4** :  a  video, approximately 24 seconds in length, depicting what appears to be an adult male inserting his penis in the anus of a toddler female.

9.      **signal-2024-12-18-23-55-31-560-2.mp4:** a video, approximately 39 seconds in length that depicts a prepubescent male and female child engaging in vaginal intercourse. What appears to be an adult male's hand is seen in the video manipulating the boys penis in the girl's vagina.

10.      Contained within the CyberTip files received from NCMEC, were suspect usernames: "Azrealmorn17", "iiiiazrealiiii", "azrealmorn12", suspect email addresses: "azrealmorningstar.am@gmail.com",                "joquanknight14@gmail.com",                and "joquanknight15@gmail.com, and suspect telephone number of "202-839-XXXX".

11.      On October 7, 2025, your affiant sent a preservation request to PROVIDER for the Account.  According to the information provided by PROVIDER to NCMEC, the user of the Account listed his name as "Azreal Morningstar" with a date of birth of 01/xx/2004. This is consistent with KNIGHT's date of birth.

12.      A phone number ("PHONE") as well as several IP addresses utilized to log in to the Account and upload CSAM files was included in the CyberTip.

13.      On or about October 8, 2025, an administrative subpoena was sent to Google, LLC regarding accounts "azrealmorningstar.am@gmail.com" and "joquanknight15@gmail.com". On the same date, Google, LLC responded that the subscriber to account "azrealmorningstar.am@gmail.com" was listed as "Azreal Morningstar" with a recovery email address of "joquanknight15@gmail.com" and a recovery phone number of "+1202839XXXX". Google, LLC also provided the subscriber to account "joquanknight15@gmail.com" was "Joquan Knight". Both accounts were utilizing the same IP addresses on the same dates at approximately the same time.

14.      On or about October 8, 2025, an administrative subpoena was sent to AT&T

regarding telephone number 202-839-XXXX. The same day, AT&T responded and listed KNIGHT's relative,[3] Joseph Henry Knight as the subscriber of the account associated with telephone number 202-839-XXXX.  The subscriber address associated with the AT&T account belongs to KNIGHT's relative.

15.     Law enforcement databases reflect two identification cards for KNIGHT issued by the District of Columbia. Neither identification card has expired but reflect different addresses. The address provided on the most recently issued identification card is 2001 Mississippi Avenue SE, Washington, DC 20020. The second valid identification card has an address listed as: 3070 30th Street SE, Apt XXXX, Washington, DC 20020.

16.     Law enforcement databases reflect a third possible address for KNIGHT where a police report stated KNIGHT's address is  4607 Connecticut Avenue NW, Washington, DC 20008.

17.     On or about October 13, 2025, assistance was requested from the United States Postal Inspection Service (USPIS) on several possible addresses affiliated with JOQUAN KYSIR KNIGHT to reveal if he was receiving mail at any such locations. On October 14, 2025, USPIS responded that inquiries for these addresses revealed negative results.

18.     On December 3, 2025, Prince George's County police in Maryland responded to a report of sexual abuse by a minor victim alleging that the suspect, Joquan Knight, had sexually assaulted a young girl.  On this report, KNIGHT's address was listed as the same address as the minor victim's address on Walters Lane in District Heights, MD.  KNIGHT's phone number was listed on the police report as 202-839-XXXX.

19.     On February 9, 2026, Metropolitan Police responded to an incident at 3070 30th Street SE, where a minor victim alleged that the suspect, Joquan Knight, had sexually assaulted her.  KNIGHT's address is listed as 3070 30th Street SE, Washington, DC and his phone number

---

[3] Joseph Henry Knight appears to be the grandfather of Joquan Kysir Knight.  The home address of Joseph Henry Knight appears on one of Joquan Kysir Knight's District of Columbia identification cards.  The address is listed as 3070 30th Street SE, Apt XXXX, Washington, DC 20020.

is reported as 202-839-XXXX.

20.     On or about October 16, 2025, a search warrant was sent to Google LLC regarding user accounts "azrealmorningstar.am@gmail.com", "joquanknight14@gmail.com" and "joquanknight15@gmail.com". On October 24, 2025, Google LLC responded to the request and provided the contents of the accounts, including the photos and videos stored. These files contained additional images depicting Child Sexual Abuse Material of pre-pubescent and pubescent minors. Specifically, over one-hundred images and videos depicting CSAM were identified in the warrant return responsive to two user accounts identified as connected to KNIGHT: azrealmorningstar.am@gmail.com and joquanknight14@gmail.com.

21.     An open-source search of telephone number 202-839-XXXX revealed multiple accounts with username monikers resembling those submitted via CT, including one social media account with username "iiiazrealiii" and display name "Azreal M". Another "walkie-talkie" style account was discovered with username "KINGSNIPERJAY4K" and display name "Joquan Knight".

22.     In Cyber Tip, 215980608 there were total of approximately 42 reported files in the CT report from Dropbox.

23.     On or about October 7, 2025, your affiant reviewed the reported files that had been reported by Dropbox via the submission of the CT report (215980608). A description of some of the files is as follows:

24.     **Vid_0000076:** a video, approximately 45 seconds in length, depicting a prepubescent male masturbating his penis with his hand and spreading his anus open.

25.     **Vid_0000077:** a video, approximately 55 seconds in length, depicting a prepubescent male sucking on what appears to be an orange sex toy and inserting the toy in and out of his anus.

26.     **182:** a video, approximately 7 minutes in length that depicts prepubescent boys

engaged in sexual activity to include performing oral copulation on each other.

27.    Contained within the CyberTip received from NCMEC, were suspect usernames: "Joquan Knight", and suspect email addresses of: joquanknight14@gmail.com, which was the email address used to upload the above-described CSAM images.

28.    Law enforcement obtained a search warrant for the Dropbox account associated with the above-described CyberTip. A search of the Dropbox account revealed over 100 image and video files depicting suspected child sexual abuse material (CSAM). The following are representative samples of those files:

- File name: VID_20190303_045326_876. A video approximately 1 minute 6 seconds in length depicting a naked prepubescent male laying on his back with a naked adult male anally penetrating the prepubescent male.

- File name: VID_20190407_121349_091. A video approximately 36 seconds in length depicting a naked adult male laying on his back with a naked prepubescent male with a black mask covering his eyes with his legs spread over the adult male's body being penetrated anally by the adult male.

29.    Review of the provided cellular site data for KNIGHT's cellular phone on July 13, 2025, revealed geographic coordinates of latitude 38.9529040 and longitude -77.0689540, which resolve to the Northwest Washington, D.C. area, specifically in the vicinity of the Tenleytown and American University Park neighborhoods near Wisconsin Avenue NW and American University. The associated location accuracy value indicated an approximate radius of 150 meters from the reported cellular sector location. Additional numeric values contained within the record appeared consistent with carrier-generated network or sector engineering data associated with the cellular event. CyberTip 215980608 included an IP address associated with the upload of CSAM. Records obtained from Comcast provided a physical address in the District of Columbia associated with the IP address from October 30, 2025, to December 14, 2025. Comcast was unable to provide

records on the offense date of July 14, 2025 (the date of the upload in CyberTip 215980608). .[4]

30.    CyberTip Report #219867072 was submitted by Google and listed an incident date of September 12, 2025. The report identified activity associated with the following account information: account name "Azreal Morningstar," verified mobile number +1 (202) 839-XXXX (verified on December 20, 2022, at 10:38:55 UTC), date of birth January XX, 2004, verified email address        azrealmorningstar.am@gmail.com,        associated        email        address joquanknight15@gmail.com, and IP address 2601:152:1401:29a0:e9e1:84ad:a443:67f3. A review of publicly available IP geolocation data indicated the IP address resolved to the District Heights, Maryland area.

31.    Historical Cell Site Location Information (CSLI), further indicated that on September 11, 2025, the defendant's cellular device was located within approximately .4 miles of 3333 Walters Lane, Apt. 104, District Heights, Maryland. This location is significant as it is consistent with the address where the defendant was alleged to have committed a sexual assault offense against a minor. Based on the review of the CSLI data, the location information appears consistent with the defendant's device being present in the immediate vicinity of the identified address during the relevant timeframe. Therefore, there is probable cause to believe that KNIGHT operated Google account azrealmorningstar.am@gmail.com and the Dropbox account associated with joquanknight15@gmail.com, and that KNIGHT uploaded CSAM to the Dropbox account on July 14, 2025, when he was in the District of Columbia.

### **CONCLUSION**

32.    For the reasons set forth above, I submit that probable cause exists to believe that on or about July 13, 2025, to July 14, 2025, while in the District of Columbia, KNIGHT transported and possessed child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (a)(4)(B).  I respectfully request that a

---

[4] The incident/Date/Time is set to 24 hours before the report was sent from Dropbox to NCMEC. For example, if we submit a report on "3/14/17 13:30", we will set the incident Date Time to "3/13/17 13:30

criminal complaint be issued for KNIGHT.

Respectfully submitted,

Timothy Palchak
Senior Police Officer
Metropolitan Police Department of DC

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1

and 41(d)(3) via telephone on May 15, 2026.

The Honorable Zia M. Faruqui
United States Magistrate Judge